UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TASHA WILLIAMSON, JABRIL BATTLE AND AJANAI BATTLE, | ) ) ) | Civil No. 07CV0715 JAH(JMA) |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| v. | ) ) | |
| SAN DIEGO SCHOOL DISTRICT, SUSAN SERAFINO, STEVE MOSHER, | ) ) ) | |
| Defendants. | ) ) | |

This Court, in an order dated July 11, 2007, denied plaintiffs' motion to proceed *in forma pauperis* and directed plaintiffs to submit the $350.00 filing fee by August 10, 2007 to avoid dismissal of the instant complaint would be dismissed. As of the date of this Order, plaintiffs have failed to submit the filing fee as directed. Accordingly, IT IS HEREBY ORDERED that the instant complaint is **DISMISSED without prejudice.** The Clerk of Court shall terminate this action.

DATED: August 27, 2007

HON. JOHN A. HOUSTON
United States District Judge