# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Tasha Williamson, Jabril Battle and Ajanai Battle

V.

San Diego School District, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07CV0715-JAH(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the instant complaint is dismissed without prejudice.

| August 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON August 27, 2007 |

07CV0715-JAH(JMA)